Susan Phillips Butts, Respondent, v. John W. Gibbs, Appellant,

Impleaded with Louisa Neiderpreum and Frank G. Neiderpreum.— Order affirmed, with ten dollars costs and disbursements. All concurred.